463 A.2d 1197

**COMMONWEALTH of Pennsylvania**

v.

**Richard OLEXA, Appellant.**

**COMMONWEALTH of Pennsylvania**

v.

**Christopher McDONALD, Appellant.**

Superior Court of Pennsylvania.

Argued April 28, 1983.

Filed Aug. 12, 1983.

---

Blane A. Black, Monongahela, for appellants.

Frank Carl Roney, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

PER CURIAM:

The records certified to this Court do not contain the required opinion of the trial judge. *See* Pa.R.A.P. 1921, 1925(a). Therefore, we remand for the filing of an opinion. *See Commonwealth v. Clutter*, 305 Pa.Super. 544, 451 A.2d 781 (1982).

The matter is remanded, with instructions. Jurisdiction is retained.